UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PENNSYLVANIA NATIONAL MUTUAL            Case No. 10-CIV-03344
CASUALTY INSURANCE COMPANY,

                              Plaintiff,            Assigned to: Judge Karas

    -against-

LEXINGTON INSURANCE COMPANY,            **NOTICE OF APPEARANCE**

                              Defendant.
-------------------------------------------------------------x

       Please enter an appearance of the undersigned for plaintiff Pennsylvania National Mutual Casualty Insurance Company in the above-captioned matter.

Dated: New York, New York
         August 9, 2010

                                      THE SULLIVAN LAW GROUP, LLP
                                      Attorneys for Plaintiff
                                      PENNSYLVANIA NATIONAL MUTUAL
                                      CASUALTY INSURANCE COMPANY

                                 By: _/s/ Dana Hoffman_____
                                 Dana B. Hoffman (DH-1214)
                                 1350 Broadway, Suite 1001
                                 New York, New York 10018
                                 Tel: (212) 695-0910
                                 Fax: (212) 695-0915
                                 E-Mail: dhoffman@sullivanlawgrp.com
                                 File No. 148-456

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via Notice of Electronic Filing for parties, or counsel, who are registered to receive electronic filings.

*Dana Hoffman*
_____
Dana B. Hoffman (DH-1214)