```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Pennsylvania National Mutual Casualty Insurance Company,**

                Plaintiff(s)

        v.

**Lexington Insurance Company,**

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 10 Civ. 3344
(KMK)(LMS)

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| | | ____ | SETTLEMENT |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial) |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | | |

Dated: May 19, 2011
       White Plains, New York

SO ORDERED:

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.

P:\FORMS\Order of Reference.wpd                       Rev. 9/10