ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

# Sedgwick

*Julie Kim*
*(212) 898-4046*
*julie.kim@sedgwicklaw.com*

May 17, 2011

<u>*Via Federal Express*</u>
Honorable Lisa Margaret Smith
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    RE:    *Pennsylvania National Mutual Casualty Ins. Co. v. Lexington Ins. Co.* (10 CIV 03344)
    Our File No.:   02331-007523

Dear Judge Smith:

The parties to the above-referenced action respectfully submit this joint request for a one-month adjournment of the deadline for all fact discovery and depositions, currently set for May 31, 2011, to June 30, 2011. We do not anticipate that this will affect any other deadlines as set forth in the parties' Joint Discovery Plan. The parties have submitted two previous requests for adjournments of the dates identified in their Joint Discovery Plan, which were both granted by Judge Karas.

This request is a result of the parties' inability to find a mutually convenient date for the deposition of Defendant before May 31, 2011. The deposition of Plaintiff is scheduled to occur on May 25, 2011. However, the earliest date that Defendant is available to travel to New York for deposition is on June 2 or 3, 2011, which is when the parties expect to complete all fact discovery and depositions. In an abundance of caution, the parties respectfully request an adjournment of the deadline for all fact discovery and depositions to June 30, 2011.

Respectfully submitted,

*Julie Kim*
Julie Kim
Sedgwick LLP

Cc: (via e-mail)
    Dana B. Hoffman, Esq.
    The Sullivan Law Group, LLP
    *Attorneys for Plaintiff*
    1350 Broadway, Suite 1001
    New York, New York 10018
    DHoffman@sullivanlawgrp.com

NY/700571v1

[Handwritten annotation:] Deemed letter motion. Motion granted. Fact discovery deadline extended 30 days. All other deadlines remain in place. SO ORDERED
Lisa Margaret Smith - USMJ
5/23/11