**The Sullivan Law Group, LLP**
980 Avenue of the Americas, Suite 405
New York, New York 10018
Telephone: (212) 695-0910
Telefax: (212) 695-0915
General@Sullivanlawgrp.com

Writer's Direct Dial:
(212) 695-0910 x 305

Dana B. Hoffman
DHoffman@Sullivanlawgrp.com

Offices in:

Newark, New Jersey
Fairfield, Connecticut

August 31, 2011

**VIA TELEFAX (914) 390-4152**

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601

    Re:    Pennsylvania National Insurance Co. v. Lexington Insurance Co.
            Index #: 10-CV-03344
            <u>Our File No. 149-457</u>

Dear Judge Karas:

    We represent Plaintiff Pennsylvania National Insurance Co. ("Plaintiff") in the above-mentioned proceeding.

    We are in receipt of Defendant Lexington Insurance Company's ("Defendant") pre-motion letter. However, due to the upcoming holiday weekend, and other litigation deadlines, and with the consent of counsel for Defendant, Plaintiff respectfully requests a one week extension of the deadline for its response to Defendant's pre-motion letter from September 6, 2011 to September 13, 2011. This extension will provide Plaintiff with adequate time to review Defendant's letter and complete a thorough response.

                              Respectfully Submitted,

                              THE SULLIVAN LAW GROUP, LLP

                By:    *Dana Hoffman*
                            Dana B. Hoffman

cc:
**VIA TELEFAX (212) 422-0925**

Sedgwick, Detert, Moran & Arnold, LLP
Attorneys for Defendant
<u>Attn</u>: Julie Kim, Esq.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
9/1/11