UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY,

                         Plaintiff,

-v-

LEXINGTON INSURANCE COMPANY,

                         Defendant.

---

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

10-CV-3344 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

     At the Pre-Motion Conference held before the Court on October 21, 2011, the Court adopted the following scheduling order:

     Plaintiff shall serve its motion upon Defendant's counsel by no later than November 30, 2011. Defendant shall serve its response upon Plaintiff's counsel by no later than January 11, 2012. Plaintiff shall submit its reply in support of its motion by January 25, 2012. Sur-reply papers will not be accepted unless prior permission of the Court is given.

     Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

     Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed while the motion is pending.

     The Parties shall electronically file the moving papers with the Clerk only when the entire motion is fully briefed. Courtesy copies are to be served upon counsel by the assigned date. One courtesy copy of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

     If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:     White Plains, New York
               October 21, 2011

                                                KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE