**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF REASSIGNMENT

              NOTICE OF REASSIGNMENT

      OF

 CASES FROM HON. KENNETH M. KARAS

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    The cases on the attached list are reassigned to the calendar of:

        HON. EDGARDO RAMOS

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: January 19, 2012

            Ruby J. Krajick, CLERK

            Shante Jones
       By: _____
            Deputy Clerk

cc: Attorneys of Record

**Judge Karas to Judge Ramos**

07cv8828

08cv6347

08cv6333

08cv6992

08cv7378

09cv1387

10cv3244

10cv3344

11cv3239

11cv3068

11cv4122

11cv4167

11cv4910

11cv5144

11cv5562

11cv6314

10cv5689

11cv0178

11cv4433

11cv4437

11cv5747

11cv6104

11cv5319

11cv7085

11cv6380

11cv6722

11cv6951

11cv7334

11cv7532

11cv7788

11cv8436

11cv8647