UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY,

                        Plaintiff(s),     **NOTICE OF COURT CONFERENCE**

- against -

                                        10 Civ. 3344 (ER)

LEXINGTON INSURANCE COMPANY,

                        Defendant(s).
----------------------------------------------------------x

A status conference will be held before the Hon. Edgardo Ramos, U.S.D.J. on **October 18, 2012 at 11:15 am** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 218.

                                                             _____
                                                             Gina Sicora, Courtroom Deputy
                                                             Hon. Edgardo Ramos, U.S.D.J.

Dated:      White Plains, New York
               August 14, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2012