UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PENNSYLVANIA NATIONAL MUTUAL    :
CASUALTY INSURANCE COMPANY,     :
                                :     Civil Action No.:
                                :     10 CIV 03344 (KMK)
            Plaintiff,          :
                                :     **NOTICE OF CHANGE**
     vs.                        :     **OF ADDRESS**
                                :
LEXINGTON INSURANCE COMPANY,    :
                                :
            Defendant.          :
                                :
------------------------------------------------------------------x

**PLEASE TAKE NOTICE THAT,** effective October 15, 2012, Sedgwick LLP has changed its address from 125 Broad Street, 39th Fl., New York, NY 10004 to 225 Liberty Street, 28th Fl., New York, NY 10281. All future reference to the firm in this matter should be directed to Sedgwick LLP at 225 Liberty Street, 28th Fl., New York, NY 10281. The firm and its lawyers' phone numbers, fax numbers and email addresses have not been affected by this change.

Dated: New York, New York
       October 12, 2012

                                SEDGWICK LLP

                                By: _____
                                    J. Gregory Lahr (JL-9969)
                                    Julie Kim (JK-5700)
                                    *Attorneys for Defendant*
                                    *Lexington Insurance Company*
                                    125 Broad Street, 39th Floor
                                    New York, New York 10004-2400
                                    Telephone: (212) 422-0202
                                    Facsimile: (212) 422-0925

NY/1114598v1

To:    Robert Sullivan, Esq.
        Dana Hoffman, Esq.
        The Sullivan Law Group, LLP
        *Attorneys for Plaintiff*
        *Pennsylvania National Mutual Casualty Insurance Company*
        980 Avenue of the Americas, Suite 405
        New York, New York  10018
        Tel.: (212) 695-0910

NY/1114598v1

## CERTIFICATE OF SERVICE

      I, Julie Kim, hereby certify and affirm that a true and correct copy of the attached NOTICE OF CHANGE OF ADDRESS was served by ECF on October 12, 2012 upon the following:

      Robert Sullivan, Esq.
      Dana Hoffman, Esq.
      The Sullivan Law Group, LLP
      *Attorneys for Plaintiff*
      *Pennsylvania National Mutual Casualty Insurance Company*
      980 Avenue of the Americas, Suite 405
      New York, New York  10018
      Tel.: (212) 695-0910

      _____
      Julie Kim (JK 5700)

NY/1114598v1