UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY,

                       Plaintiff(s),      **NOTICE OF COURT**
                                            **CONFERENCE**

  - against -

                                            10 Civ. 3344 (ER)

LEXINGTON INSURANCE COMPANY,

                       Defendant(s).
-------------------------------------------------------x

A **final pre-trial conference** will be held before the Hon. Edgardo Ramos, U.S.D.J. on **February 15, 2013 at 2:15 pm** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 218.

                                                        _____
                                                        Gina Sicora, Courtroom Deputy
                                                        Hon. Edgardo Ramos, U.S.D.J.

Dated:    White Plains, New York
              October 19, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2012
```