**MEMO ENDORSED**

## The Sullivan Law Group, LLP

980 Avenue of the Americas, Suite 405
New York, New York 10018
Telephone: (212) 695-0910
Telefax: (212) 695-0915
General@Sullivanlawgrp.com

Writer's Direct Dial:
(212) 695-0910 x 305

Dana B. Hoffman
DHoffman@Sullivanlawgrp.com

Offices in:

Newark, New Jersey
Fairfield, Connecticut

January 15, 2013

**The application is __△__ granted.
__ denied.**

Edgardo Ramos, U.S.D.J.
Dated: _Jan. 16, 2013_
**White Plains, New York**

**VIA FAX (914) 390-4298**

Honorable Edgardo Ramos
United States District Judge
United States District Court, United States Courthouse
300 Quarropas Street, Courtroom 218
White Plains, New York 10601

Re:    Pennsylvania National Mutual Casualty Insurance Co. v. Lexington
       Insurance Company
       Index No: 10-CV-03344 (ER)
       Our File No. 149-457

Dear Judge Ramos:

We represent plaintiff Pennsylvania National Mutual Casualty Insurance Company ("Penn National") in the above-mentioned proceeding. With the consent of opposing counsel, we are writing to respectfully request a one week extension of time to submit the required joint pre-trial report in this action from January 22, 2013 to January 29, 2013. Trial is presently scheduled for February 19, 2013. No previous request for an extension to submit the pre-trial report has been made.

The extension is requested to afford additional time to thoroughly prepare the pretrial report as the undersigned has been preparing for trial in Kings County, which has now been adjourned. Under these circumstances, we respectfully request a one week extension of time to submit the joint pretrial report.

We thank the Court for its anticipated consideration of the instant application.

Respectfully Submitted,

THE SULLIVAN LAW GROUP, LLP

By:    _Dana Hoffman_

Dana B. Hoffman

cc: **VIA E-Mail**
Sedgwick, Detert, Moran & Arnold, LLP
*Attorneys for Defendant*
Attn: Gregory Lahr, Esq.
Gregory.Lahr@sedgwicklaw.com

CONFIDENTIAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1 16 2013