UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY,

                Plaintiff(s),

- against -

LEXINGTON INSURANCE COMPANY,

                Defendant(s).
-------------------------------------------------------x

**AMENDED SCHEDULING NOTICE**

10 Civ. 3344 (ER)

Jury selection and trial are rescheduled for **April 15, 2013**. The attorneys should arrive at 9:00 am. Trial will commence immediately after jury selection.

Motion(s) *in limine* should be filed on or before **March 27, 2013** and opposition(s) thereto should be filed on or before **April 3, 2013**. All other pretrial filings are due **April 2, 2013**.

A final pretrial conference will be held before the Hon. Edgardo Ramos, U.S.D.J. on **April 10, 2013 at 2:30 pm**.

                                              _____
                                              Gina Sicora, Courtroom Deputy to
                                              Hon. Edgardo Ramos, U.S.D.J.

Dated:    February 6, 2013
             White Plains, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2013